# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SALEH ELGHASEN,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE,<br><br>　　　　　　　Defendant(s). | Case No. 2:14-cv-01558-JCM-NJK<br><br>ORDER DENYING STIPULATION TO EXTEND<br><br>(Docket No. 7) |

Pending before the Court is a stipulation to extend the deadline to respond to the complaint, Docket No. 7, which is hereby DENIED. *See* Local Rule 6-1(b) ("Every motion or stipulation to extend time shall . . . state the reasons for the extension requested").

IT IS SO ORDERED.

DATED: March 24, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge