1  Jeffrey L. Willis, Esq. (Nevada Bar No. 4797)
   Karl O. Riley, Esq. (Nevada Bar No. 12077)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, NV  89169
   Telephone:  (702) 784-5200
4  Facsimile:   (702) 784-5252
   jwillis@swlaw.com
5  kriley@swlaw.com

6  *Attorneys for Defendant Wells Fargo Bank, N.A.*
   *d/b/a Wells Fargo Home Mortgage*
7

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10

11 SALEH ELGHASEN,                         CASE NO. 2:14-cv-01558-JCM-NJK

                     Plaintiff,
12                                         **NOTICE OF CHANGE OF ATTORNEY**

13 vs.

14 WELLS FARGO HOME MORTGAGE,

                     Defendant.
15

16      NOTICE IS HEREBY GIVEN that Jeffrey Willis of the law firm of Snell & Wilmer

17 L.L.P. will appear as counsel for Defendant Wells Fargo Bank, N.A. d/b/a Wells Fargo Home

18 Mortgage in the above-entitled action.  Amy Sorenson, Esq. will no longer appear on behalf of

19 Wells Fargo and should no longer receive electronic notifications.

20      Dated:  September 22, 2015.          SNELL & WILMER L.L.P.

21

22                                          By:   /s/ *Jeffrey L. Willis*
   IT IS SO ORDERED.                              Jeffrey L. Willis, Esq.
23 Dated:  September 23, 2015                      Karl O. Riley, Esq.
                                                   3883 Howard Hughes Parkway, Suite 1100
24                                                 Las Vegas, NV 89169
                                                   *Attorneys for Defendant Wells Fargo Bank,*
25                                                 *N.A. d/b/a Wells Fargo Home Mortgage*

26 _____
   United States Magistrate Judge
27

28

                                          - 1 -