1  Michael Kind, Esq.
   NV Bar No. 13903
2  **KAZEROUNI LAW GROUP, APC**
3  7854 W. Sahara Avenue
   Las Vegas, NV 89117
4  Phone: (800) 400-6808 x7
5  FAX: (800) 520-5523
   mkind@kazlg.com
6

7  David H. Krieger, Esq.
   NV Bar No. 9086
8  **HAINES & KRIEGER, LLC**
9  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
10 Phone: (702) 880-5554
11 FAX: (702) 385-5518
   dkrieger@hainesandkrieger.com
12

13 *Attorneys for Plaintiff,*
   *Saleh Elghasen*
14

15               # UNITED STATES DISTRICT COURT
16               # DISTRICT OF NEVADA

17
   | SALEH ELGHASEN, | Case No.: 2:14-cv-01558-JCM-NJK |
18 | | |
   | Plaintiff, | **STIPULATION OF DISMISSAL** |
19 | v. | **OF DEFENDANT WELLS FARGO** |
   | | **HOME MORTGAGE** |
20 | WELLS FARGO HOME MORTGAGE, | |
21 | | |
   | Defendants. | |
22

STIP. TO DISMISS                    1                    Case No.: 2:14-cv-01558-JCM-NJK

1   Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff
2  Saleh Elghasen ("Plaintiff") and Defendant Wells Fargo Home Mortgage
3  ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against
4  Defendant in this matter.  Each party will bear its own costs, disbursements, and
5  attorney fees.
6   DATED this 22nd day of January 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**SNELL & WILMER L.L.P.**

By: /s/ Karl O Riley
Karl O Riley, Esq.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Wells Fargo Home Mortgage*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 26, 2016

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 22, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT WELLS FARGO HOME MORTGAGE was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117